IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                    CASE NO. 4:02CR00170-03 JMM

JEREMY A. JONES

**AMENDED JUDGMENT**

Pending before the Court is defendant's unopposed *pro se* Motion for Early Release From Supervised Release. For good cause shown, the motion is granted (#306). The Judgment in this case is amended to reflect that the defendant Jeremy A. Jones's supervised release is terminated as of the date of this Amended Judgment.

The Clerk of the Court is directed to provide the United States Marshal and the United States Probation Office with a copy of this Amended Judgment. The Clerk is directed to mail a copy of this Amended Judgment to the defendant.

IT IS SO ORDERED THIS   20   day of   October  , 2008.

_____
James M. Moody
United States District Judge